JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UI SOOK HWANG,<br><br>           Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br>AND DOES 1 THROUGH 25,<br>INCLUSIVE,<br><br>           Defendants. | Case No.: 5:19-cv-01809-MWF-SP<br>*(San Bernardino Superior Court Case No.*<br>*CIVDS1923822)*<br><br>**ORDER ON STIPULATION FOR**<br>**VOLUNTARY DISMISSAL WITH**<br>**PREJUDICE PURSUANT TO**<br>**SETTLEMENT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff UI SOOK HWANG and Defendant LOWE'S HOME CENTERS, LLC, this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

IT IS SO ORDERED.

Dated:  September 2, 2020     _____

MICHAEL W. FITZGERALD
United States District Judge

- 1 -
**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH**
**PREJUDICE PURSUANT TO SETTLEMENT**
*Ui Sook Hwang v. Lowes Home Centers*
*Case No.  5 19-cv-01809-MWF-SP*